# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

MARTIN GOOR,
    Plaintiff,

  v.

MARK VIGNOLES,
    Defendant.
_____/

No. C 12-1794 DMR

**ORDER RE: ATTENDANCE AT ENE**

Date:        October 23, 2012
Evaluator:   Steven Blitch

IT IS HEREBY ORDERED that the request to excuse plaintiff Martin Goor from appearing in person at the October 23, 2012, ENE before Steven Blitch is GRANTED. Mr. Goor shall be available at all times to participate remotely in the ENE in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

October 11, 2012       By: _____
Dated                                   Elizabeth D. Laporte
                                             United States Magistrate Judge