1

2

3

4

5

6               UNITED STATES  DISTRICT COURT

7               Northern District of California

8                    Oakland Division

9

10  MARTIN GOOR,
              Plaintiff,                    No. C 12-1794 DMR

11        v.                                **ORDER RE: ATTENDANCE AT ENE**
    MARK VIGNOLES,
12            Defendant.                     Date:          October 23, 2012
    _____/      Evaluator:     Steven Blitch
13

14

15

16        IT IS HEREBY ORDERED that the request to excuse plaintiff Martin Goor from appearing

17  in person at the October 23, 2012, ENE before Steven Blitch is GRANTED.  Mr. Goor shall be

    available at all times to participate remotely in the ENE in accordance with ADR L.R. 5-10(f).
18
          IT IS SO ORDERED.
19

20

21  October 11, 2012                 By: _Elizabeth D. Laporte_____

22  Dated                                   Elizabeth D. Laporte
                                            United States Magistrate Judge
23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**